IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NICHOLAS PATRICK,

    Petitioner,                      No. 2:11-cv-1195 JAM KJN P

    vs.

ALFONSO FILLON,

    Respondent.                   [~~PROPOSED~~] ORDER

_____/

        Petitioner is proceeding on a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 31, 2012, respondent filed an answer to the petition, and lodged several documents with the court. Respondent has requested that pages 1262-81 of the fifth volume of the Clerk's Transcript be sealed. See E.D. Cal. L.R. 141. Pages 1262-81 of the fifth volume of the Clerk's Transcript comprise a copy of the probation report. Presentence probation reports are confidential under both California and federal law. See Cal Penal Code § 1203.05; United States Dep't of Justice v. Julian, 486 U.S. 1, 12 (1988).

////

////

////

////

1

For good cause shown, IT IS HEREBY ORDERED that respondent's request to seal Pages 1262-81 of the fifth volume of the Clerk's Transcript (petitioner's probation report) is granted. Accordingly, the Clerk of Court is directed to seal the pertinent lodged document containing those pages.

DATED: June 4, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

patr1195.seal.ps.rpt